IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 204

| | |
|---|---|
| M.M., as lawful guardian *ad litem* of Minor Child, M.G., <br><br> Plaintiff <br><br> V <br><br> BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, KATHY AMOS, DAVID BURLESON, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the court on Robert Tatum's Application for Admission to Practice *Pro Hac Vice* of Peter C. Grenier. It appearing that Peter C. Grenier is a member in good standing with the Washington D.C. Bar and will be appearing with Robert Tatum, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Robert Tatum's Application for Admission to Practice *Pro Hac Vice* (#4) of Peter C. Genier is **GRANTED**, and

that Peter C. Grenier is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert Tatum.

Signed: August 30, 2013

Dennis L. Howell
United States Magistrate Judge