IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 204

| | |
|---|---|
| M.M., as lawful guardian *ad litem* of Minor Child M.G., )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>BURKE COUNTY PUBLIC SCHOOLS )<br>BOARD OF EDUCATION, KATHY AMOS,)<br>DAVID BURLESON, JOHN ROES 1-10 )<br>and MICHAEL ANDREW ALEXANDER, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the undersigned pursuant to a document attached to the Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#14) filed in the above entitled matter. The document is entitled "Protective Order for Investigative Report of the State Bureau of Investigation" (#14-1). A motion was not filed by the parties requesting the issuance of the protective order. LCvR 7.1(A) and (C)(2) require that each motion should be set forth as a separately filed pleading. Due to the fact that a motion was not filed requesting the relief, the undersigned will issue an order striking the Protective Order for Investigative Report of the State Bureau of Investigation (#14-1) from the file. Should the parties, including the pro se Defendant, Michael Andrew Alexander,

1

desire to consent to a motion and request the issuance of such an order, the Court will consider the motion upon its being filed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Protective Order for Investigative Report of the State Bureau of Investigation (#14-1) is hereby **ORDERED** to be stricken from this file by the Clerk.

Signed: October 21, 2013

Dennis L. Howell
United States Magistrate Judge