IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv204

| | |
|---|---|
| M.M., AS LAWFUL GUARDIAN AD LITEM OF MINOR CHILD, M.G., <br><br>    **Plaintiff,** <br><br>v. <br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, et al., <br><br>    **Defendants.** | **ORDER** |

Pending before the Court is the Motion to Seal [# 23]. Plaintiff moves for leave to file various documents under seal. Defendants do not object to filing the documents under seal. Upon a review of the motion and the record, the Court **GRANTS** the motion [# 23]. Plaintiff may file the documents under seal, and the documents shall remain under seal until further Order of this Court.

Signed: March 10, 2014

Dennis L. Howell
United States Magistrate Judge