# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv204

| | |
|---|---|
| M.M., AS LAWFUL GUARDIAN AD LITEM OF MINOR CHILD, M.G., </br></br>Plaintiff, </br></br>v. </br></br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, et al., </br></br>Defendants. | ORDER |

Pending before the Court is the Consent Motion to Seal [# 32]. Defendant moves for leave to file two expert reports under seal. Plaintiffs consent to filing the documents under seal. Upon a review of the motion and the record, the Court **GRANTS** the motion [# 32]. Defendants may file the two expert reports under seal, and the documents shall remain under seal until further Order of this Court.

Signed: May 8, 2014

Dennis L. Howell
United States Magistrate Judge