# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| M.M., as lawful guardian *ad litem* of Minor Child, M.G., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CIVIL CASE NO. 1:13-cv-00204-MR-DLH |
| BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, KATHY AMOS, DAVID BURLESON, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| R.L., as lawful guardian *ad litem* of Minor Child, A.L., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CIVIL CASE NO. 1:13-cv-00227-MR-DLH |
| BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, KATHY AMOS, DAVID BURLESON, JOHN ROES 1-10, and MICHAEL ANDREW ALEXANDER, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

# O R D E R

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion to Consolidate for Trial [Civil Case No. 1:13-cv-00027-MR-DLH, Doc. 40].

Rule 42 of the Federal Rules of Civil Procedure provides that the Court may consolidate two civil actions if they involve "a common question of law or fact." Fed. R. Civ. P. 42(a)(2). The Court finds that these two civil actions involve common questions of law and fact such that consolidation for trial would be appropriate.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion to Consolidate for Trial [Civil Case No. 1:13-cv-00027-MR-DLH, Doc. 40] is **GRANTED**, and Civil Case No. 1:13-cv-00204-MR-DLH and Civil Case No. 1:13-cv-00227-MR-DLH are hereby **CONSOLIDATED** for trial before the undersigned. Civil Case No. 1:13-cv-00204-MR-DLH is designated as the lead case, and Civil Case No. 1:13-cv-00227-MR-DLH shall be closed. Pursuant to Local Civil Rule 5.2.1(D), all future pleadings will be docketed and filed in the designated lead case only.

**IT IS FURTHER ORDERED** that this matter shall remain on the November 10, 2014 calendar for trial.

**IT IS SO ORDERED**.

Signed: September 5, 2014

Martin Reidinger
United States District Judge

2