IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00204-MR-DLH
CIVIL CASE NO. 1:13-cv-00227-MR-DLH

| | |
|---|---|
| M.M., as lawful guardian *ad litem* of Minor Child, M.G., ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | |
| BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, et al., ) ) | |
| Defendants. ) _____ ) | **O R D E R** |
| ) | |
| R.L., as lawful guardian *ad litem* of Minor Child, A.L., ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | |
| BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, et al., ) ) | |
| Defendants. ) _____ ) | |

**THESE MATTERS** are before the Court on the Mediator's Reports advising that these matters have been settled except as to the claims

pending against Defendant Michael Andrew Alexander [No. 1:13-cv-00204-MR-DLH, Doc. 75; No. 1:13-cv-00227-MR-DLH, Doc. 45].

In light of the Mediator's Reports, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1)  Plaintiffs shall have thirty (30) days from the entry of this Order to file all appropriate documents for the approval of the minors' settlements;

(2)  The parties' motions pending in case 1:13-cv-00204 are **DENIED AS MOOT**;

(3)  In light of the parties' settlement of the claims pending against the Defendants (with the exception of Defendant Alexander), the pretrial conference currently scheduled for October 30, 2014 is **CANCELLED**, and these cases are **CONTINUED** from the November 10, 2014 trial calendar; and

(4)  The Court will conduct a status conference regarding the Plaintiffs' remaining claims against Defendant Alexander at the same time that the Court conducts a hearing on the motions for approval of the minors' settlements.

**IT IS SO ORDERED.**

Signed: October 28, 2014

Martin Reidinger
United States District Judge