# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| M.M. as Lawful Guardian *Ad Litem* of Minor Child, M.G., ) ) ) | | |
| Plaintiff, ) ) ) | CIVIL CASE NO. | |
| vs. ) ) | 1:13-cv-00204-MR-DLH | |
| BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, KATHY ) AMOS, DAVID BURLESON, and ) MICHAEL ANDREW ALEXANDER, ) ) | | |
| Defendants. ) _____ ) ) | **DISMISSAL ORDER** | |
| R.L. as Lawful Guardian *Ad Litem* ) of Minor Child, A.L., ) ) | | |
| Plaintiff, ) ) ) | CIVIL CASE NO. | |
| vs. ) ) | 1:13-cv-00227-MR-DLH | |
| BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, KATHY ) AMOS, DAVID BURLESON, and ) MICHAEL ANDREW ALEXANDER, ) ) | | |
| Defendants. ) _____ ) | | |

**THESE MATTERS** are before the Court on the Defendants' Notice of Disbursement of Settlement Funds. [Doc. 90]. The Defendants' Notice

advises the Court that all conditions precedent to the dismissal of all Defendants, with the exception of Defendant Alexander, as set forth in the Court's settlement Order [Doc. 86] have been satisfied. In light of the Defendants' Notice, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1) These matters are hereby dismissed with prejudice as to all Defendants with the exception of Defendant Michael Andrew Alexander;

(2) No costs are assessed to any party; and

(3) The Court shall schedule a pretrial conference regarding the Plaintiffs' remaining claims against Defendant Alexander and shall notify the parties forthwith.

**IT IS SO ORDERED.**

Signed: January 22, 2015

Martin Reidinger
United States District Judge